Entered: December 3rd, 2025

Signed: December 3rd, 2025

**SO ORDERED**

UNITED STATES BANKRUPTCY COURT ★ DISTRICT OF MARYLAND ★

DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Baltimore

In re: Case No.: **25−18653 − DER** Chapter: **13**

**Dana Evette Jones**
Debtor

## ORDER DISMISSING CASE
## FOR FAILURE TO ATTEND MEETING OF CREDITORS
## AND NOTICE THAT AUTOMATIC STAY IS TERMINATED

Upon consideration of the motion to dismiss, filed by Dayna C. Cooper, because of the Debtor's failure to attend the Section 341 Meeting of Creditors on October 24, 2025, or the rescheduled meeting on N/A, it appearing that the Debtor has not responded to the Motion, and it appearing that this case should be dismissed pursuant to 11 U.S.C. § 1307(c), it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the above−referenced Chapter 13 case is dismissed; and it is further

ORDERED, that, to the extent the Trustee holds funds that would otherwise be returned to the Debtor, the Trustee shall first deduct and remit to the Clerk the amount of $156.00 for unpaid filing and administrative fees; and

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc: Debtor
Attorney for Debtor − PRO SE
Case Trustee − Brian A. Tucci

**End of Order**

15x05 (rev. 12/13/2012) − EricaCumberland