**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

In re: Case No.: **25−18653 − DER** Chapter: **13**

**Dana Evette Jones**
Debtor

# NOTICE OF FEE DUE

On 9/18/25, the above−referenced bankruptcy case was filed with the U.S. Bankruptcy Court for the District of Maryland. The case was dismissed on 12/3/25. The original filing fee for this case was $313.00. As of the date of dismissal, there is an outstanding balance of $156.00 which is due and must be remitted to the court.

Pursuant to bankruptcy law, case dismissal does not change your obligation to pay the court filing fee in full. Payment of the outstanding court filing fee also does not automatically reinstate the case. Payment is due promptly upon receipt of this notice.

Parties can pay fees in cash, by money order or certified check, payable to Clerk, U.S. Bankruptcy Court. Checks or money orderes may be submitted by mail with a copy of this notice enclosed to the following location:

U.S. Bankruptcy Court
Garmatz Federal Courthouse
101 W. Lombard Street, Suite 8530
Baltimore, MD 21201

Payments by cash, check or money order can also be made in Baltimore at the Clerk's Office in the Garmatz Federal Courthouse during regular business hours. Parties can also pay fees with a debit card online by scanning the QR code below or by visiting https://www.mdb.uscourts.gov/forms/filing−fees.

For attorneys/trustees: Login to CM/ECF. If you see the fee due on the first screen or under Utilities, Internet Payment, select it and proceed with payment. If the fee is not shown on those screens, click Bankruptcy/Adversary, Miscellaneous, and then the appropriate "Filing Fee" event. Select the document for which the fee was originally due. Accept the displayed fee amount, or enter the amount you are paying. Proceed with payment.

Dated: 12/3/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Erica Cumberland
410−962−4221

cc: Debtor
Attorney for Debtor − PRO SE

Form ntcffdue (rev. 09/01/2025)